UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   BENJAMIN G. SHINDY              : CHAPTER 13
              Debtor(s)                         :
                                                :
         CHARLES J. DEHART, III            :
         STANDING CHAPTER 13 TRUSTEE       :
                                                :
              vs.                          :
                                                :
         BENJAMIN G. SHINDY              : OBJECTION TO SALE
              Respondent(s)                 : CASE NO. 4-14-bk-02179


ORDER

Upon consideration of the Trustee's response to debtor's Motion for

Authorization to Sell Real Estate,

IT IS HEREBY ORDERED that the Trustee's Objection is sustained.